Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Juan Gonzales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN GONZALES,<br><br>　　　　Defendant. | Case No. 2:23-CR-00113-DJC<br><br>**STIPULATION AND ORDER TO RESET SENTENCING HEARING**<br><br>Judge: Honorable Daniel Calabretta. |

**STIPULATION**

1. By previous order this case was set for sentencing on September 25, 2025.

2. By this stipulation, the defendants ask to move the sentencing hearing until November 6, 2025. The government does not object.

3. The defense requires additional time to meet with her client and discuss the draft pre-sentence report. Mr. Gonzales does not speak English, and defense counsel is not fluent in Spanish, which necessitates the assistance of an interpreter. Given the demands of other cases as well as personal schedules an additional six weeks is required.

4. The parties agree and stipulate, and request that the Court reset the disclosure deadlines as follows:

　　(a)　Informal objections due October 9, 2025

　　(b)　Final PSR Disclosed October 16, 2025

1          (c)    Formal Objections due October 30, 2025

3  Dated: August 19, 2025.        Respectfully submitted,

                              By   /s/ Kresta Daly for
                                      Robert Abendroth
                                      ASSISTANT UNITED STATES ATTORNEY

Dated: August 19, 2025.        BARTH DALY LLP

                              By   /s/ Kresta Nora Daly
                                      KRESTA NORA DALY
                                      Attorneys for JUAN GONZALES

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The sentencing hearing set for September 25, 2025 is vacated. Sentencing is reset for November 6, 2025. The Court further orders the following schedule:

1. Informal objections due October 9, 2025,
2. Final PSR Disclosed October 16, 2025, and
3. Formal Objections due October 30, 2025

**IT IS SO ORDERED.**

Dated: August 20, 2025          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE