Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Juan Gonzales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00113-DJC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO RESET SENTENCING HEARING** |
| JUAN GONZALES, | Judge: Honorable Daniel Calabretta. |
| Defendant. | |

**STIPULATION**

1. By previous order this case was set for sentencing on November 6, 2025.

2. By this stipulation, the defendants ask to move the sentencing hearing until December 4, 2025, at 9:00 AM. The government does not object.

3. The defense requires additional time to meet with her client and discuss the draft pre-sentence report. Mr. Gonzales does not speak English, and defense counsel is not fluent in Spanish, which necessitates the assistance of an interpreter. CJA lawyers and service providers have not been paid since early June 2025. Defense counsel cannot secure the services of an interpreter to meet with Mr. Gonzales and discuss the report.

////

////

////

1      4.    The parties agree and stipulate, and request that the Court reset the disclosure
2  deadlines as follows:
3      (a)    Informal objections due November 13, 2025
4      (b)    Final PSR Disclosed November 20, 2025
5      (c)    Formal Objections due November 28, 2025

7  Dated: October 15, 2025.    Respectfully submitted,

9  By   /s/ Kresta Daly for
    Robert Abendroth
    ASSISTANT UNITED STATES ATTORNEY

13 Dated: October 15, 2025.    BARTH DALY LLP

14 By   /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for JUAN GONZALES

- 2 -

# **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered:

The sentencing hearing set for November 6, 2025 is vacated. Sentencing is reset for December 4, 2025. The Court further orders the following schedule:

      (a)    Informal objections due November 13, 2025,

      (b)    Final PSR Disclosed November 20, 2025, and

      (c)    Formal Objections due November 28, 2025

**IT IS SO ORDERED.**

Dated:  October 16, 2025                /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE