Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Juan Gonzales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JUAN GONZALES,<br><br>   Defendant. | Case No. 2:23-CR-00113-DJC<br><br>**STIPULATION AND ORDER TO RESET SENTENCING HEARING**<br><br>Judge: Honorable Daniel Calabretta. |

**STIPULATION**

1. By previous order this case was set for sentencing on December 4, 2025.

2. By this stipulation, the defendants ask to move the sentencing hearing until February 5, 2025, at 9:00 AM. The government does not object.

3. The defense requires additional time to meet with her client and discuss the draft pre-sentence report. Mr. Gonzales does not speak English, and defense counsel is not fluent in Spanish, which necessitates the assistance of an interpreter. CJA lawyers and service providers were not paid for five and a half months. Funding has resumed, and a significant backlog of work remains. Defense counsel cannot secure the services of an interpreter to meet with Mr. Gonzales and discuss the report in time for the December 2025 sentencing date.

////

////

4. The parties agree and stipulate, and request that the Court reset the disclosure deadlines as follows:

    (a) Formal Objections due January 15, 2025

Dated: November 26, 2025.  Respectfully submitted,

By /s/ Kresta Daly for
Robert Abendroth
ASSISTANT UNITED STATES ATTORNEY

Dated: November 26, 2025.  BARTH DALY LLP

By /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for JUAN GONZALES

- 2 -

STIPULATION AND ORDER  [Case No. 2:23-CR-00113-DJC]

## **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered:

The sentencing hearing set for December 4, 2025 is vacated. Sentencing is reset for February 5, 2026, at 9:00 AM. The Court further orders the following schedule:

    (a)    Formal Objections due January 15, 2026

**IT IS SO ORDERED.**

Dated: December 1, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE